UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                              4:93cv4077-WS

GERONIMO JOSE GARCIA,

    Defendant.

_____

## ORDER REMITTING FINE

Before the court is a recommendation from the United States Probation Office that the unpaid portion of the defendant's fine be remitted.  The government has indicated that it does not object to the remission.

Having reviewed the matter, the court is in agreement with the Probation Officer's recommendation.  Accordingly, it is ORDERED:

The unpaid portion of the defendant's fine is hereby REMITTED.

DONE AND ORDERED this December 29, 2005.

        /s William Stafford
       WILLIAM STAFFORD
       SENIOR UNITED STATES DISTRICT JUDGE